UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL         JS-6

| | |
|---|---|
| Case No. | **SA CV 24-1390-CBM(JCx)** |
| Date | DECEMBER 6, 2024 |
| Title | Shuang Wei v. Dir Asylum Ofc et al |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**        In Court        **X**   In Chambers        **X**   **Counsel Notified**

The case is ordered closed pursuant to the Notice of dismissal filed on December 5, 2024 [16]. All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90        **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk YS